COLES COUNTY NATIONAL BANK, Plaintiff-Appellee, *v.* THE FIRST NATIONAL BANK AND TRUST COMPANY OF TUSCOLA, Defendant-Appellant.

(No. 12189; )

Fourth District—June 12, 1974.

Opinion by Mr. JUSTICE CRAVEN.

Nichols, Jones, McCown and Lincoln, of Tuscola (Harrison J. McCown, of counsel), for appellant.

Harlan Heller, of Harlan Heller, Ltd., and Dale A. Cini, of Ryan and Cini, Ltd., both of Mattoon, for appellee.